**Sealed Document Placeholder**

**Authorized persons may review the sealed filing by contacting the Clerk's Office.**